STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.4523        AND FILED ON

41 NORTH 73 WEST, INC., D/B/A AVITAT WESTCHESTER AND JET SYSTEMS        Plaintiff(s)/Petitioner(s)

Vs.

COUNTY OF WESTCHESTER, NEW YORK        Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/27/2008 at 1:20PM, deponent did serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT
Party Served:      COUNTY OF WESTCHESTER, NEW YORK        (herein called recipient) therein named.
At Location:       CLERK OF THE BOARD OF LEGISLATORS
                   148 MARTINE AVENUE, 8TH FLOOR
                   WHITE PLAINS NY

By delivering to and leaving with SUSAN KIRKPATRICK and that deponent knew the person so served to be the ACTING CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin WH    Color of Hair BROWN
Age 45/55    Height 5'5"
Weight 165    Other Features

Sworn to before me on 5/28/2008

_____        _____
                                 John Axelrod
                                 Server's License#:

2010