**TO BE ELECTRONICALLY FILED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x

41 NORTH 73 WEST, INC., dba
AVITAT WESTCHESTER AND JET
SYSTEMS,

                Plaintiff,

  – against –

COUNTY OF WESTCHESTER, New
York,

                Defendant.

------------------------------------------------ x

08-CV-4523 (KMK)
ECF Case

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel of record in this case for defendant, County of Westchester, New York.

    I certify that I am admitted to practice in this court.

Dated:  June 20, 2008

BOND, SCHOENECK & KING, PLLC

By:___s/_____
    Howard M. Miller (HM-4538)
Attorneys for Defendant
County of Westchester
1399 Franklin Avenue, Suite 200
Garden City, NY  11530-1679
Telephone:  (516) 267-6300
E-mail:  hmiller@bsk.com

TO:    Jonathan Lovett, Esq.
        LAW OFFICE OF LOVETT & GOULD
        Attorneys for Plaintiff
        222 Bloomingdale Road
        Suite 305
        White Plains, NY  10605
        Telephone:  (914) 428-8401