# MEMO ENDORSED



## BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW • NEW YORK  FLORIDA  KANSAS

JESSICA C. SATRIANO
Direct: 516-267-6332
jsatriano@bsk.com

June 20, 2008

**VIA FAX: (914) 390-4152**

Hon. Kenneth M. Karas
United States District Court, S.D.N.Y.
United States Courthouse
300 Quarropas St., Room 533
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re:   *41 North 73 West, Inc., d/b/a AVITAT Westchester and Jet Systems v. County of Westchester, New York,* 08-cv-4523 (KMK)

Dear Judge Karas:

We represent Defendant Westchester County in this matter, and write to respectfully request an extension of time by which the County must serve an answer or otherwise respond to the Complaint to July 14, 2008. Please be advised that Plaintiff's counsel has consented to this extension of time, as indicated by the enclosed stipulation.

Alicia of your chambers granted permission to fax this letter to the Court.

Thank you for your attention to this matter.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Jessica C. Satriano

Enclosure

cc:   Jonathan Lovett, Esq. (via fax)

*Granted*
KMK
6/24/08

1399 Franklin Avenue, Suite 200, Garden City, NY 11530-1679 • Phone: 516-267-6300 • Fax: 516-267-6301 • www.bsk.com

80874.1 6/20/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
41 NORTH 73 WEST, INC., d/b/a AVITAT
WESTCHESTER AND JET SYSTEMS,

                Plaintiff,

   -against-

COUNTY OF WESTCHESTER, New York,

               Defendant.
------------------------------------------------------------X

STIPULATION

08-CV-4523 (KMK)

It is hereby stipulated between the attorneys for the parties in the above-captioned matter, that the Defendant's time to serve its answer or otherwise respond to the Amended Complaint is extended to July 14, 2008.

Dated: White Plains, New York
      June 19, 2008

_____
Drita Nicaj (DN0966)
LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York
(914) 428-8401

Dated: Garden City, New York
      June 20, 2008

_____
Howard M. Miller (HM4538)
BOND, SCHOENECK & KING, PLLC
Attorneys for Defendant
1399 Franklin Avenue, Suite 200
Garden City, New York 11530
(516) 267-6300
hmiller@bsk.com