**MEMO ENDORSED**



# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW ■ NEW YORK   FLORIDA   KANSAS

HOWARD M. MILLER
Direct: 516-267-6318
HMiller@bsk.com

July 9, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**VIA FACSIMILE**

Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse Room 630
300 Quarropas Street
White Plains, New York 10601

Re: *41 North 73 West, Inc. d/b/a Avitat Westchester And Jet Systems v. County of Westchester*, 08-CV-4523 (KMK)

Dear Judge Karas:

This is in follow-up to our conference yesterday.

The County will agree to delay executing the lease in question until October 2008.

BOND, SCHOENECK & KING, PLLC

Howard M. Miller

HMM/jcs

cc: Jonathan Lovett, Esq. (by fax)

*The Clerk is respectfully requested to docket this letter.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
7/24/08