UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 41 NORTH 73 WEST, INC., dba AVITAT WESTCHESTER and JET SYSTEMS,<br><br>                  Plaintiff,<br><br>      -against-<br><br>COUNTY OF WESTCHESTER, New York<br><br>                  Defendant. | Civil Action No. 08-4523 (KMK)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter the Appearance of Jessica C. Satriano, an associate of BOND, SCHOENECK & KING, PLLC, as additional counsel for Defendant, County of Westchester, New York.

I certify that the undersigned, Jessica C. Satriano, is admitted to practice in this Court.

Dated: August 15, 2008

                                        BOND, SCHOENECK & KING, PLLC

                                        By:_____s/_____
                                        Jessica C. Satriano (JS-0981)
                                        *Attorneys for the Defendant*
                                        *County of Westchester, New York*
                                        1399 Franklin Avenue, Suite 200
                                        Garden City, New York 11590
                                        jsatriano@bsk.com
                                        (516) 267-6332

To:	Law Offices of Lovett & Gould
	*Attorneys for Plaintiff 41 North 73 West, Inc.*
	Jonathan Lovett
	222 Bloomingdale Road, Suite 305
	White Plains, NY 10605
	(914) 428-8401