**MEMO ENDORSED**



**BOND, SCHOENECK & KING, PLLC**

ATTORNEYS AT LAW ■ NEW YORK  FLORIDA  KANSAS

JESSICA C. SATRIANO
Direct: 516-267-6332
JSatriano@bsk.com

August 22, 2008

**VIA FEDERAL EXPRESS OVERNIGHT**

Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse Room 533
300 Quarropas Street
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re:   *41 North 73 West, Inc. d/b/a Avitat Westchester And Jet Systems v. County of Westchester, 08-CV-4523 (KMK)*

Dear Judge Karas:

We represent the Defendant, County of Westchester, in the above referenced matter.

Please be advised that we have conferred with counsel for the Plaintiff, and that the parties have agreed to the following briefing schedule for the County's pre-answer motion to dismiss:

- Defendant shall serve its motion on or before September 15, 2008.

- Plaintiff shall serve any papers in opposition to Defendant's motion on or before October 6, 2008.

- Defendant shall serve any reply papers in support of its motion on or before October 20, 2008.

Pursuant to Rule II.D of your individual rules of practice, the above motion papers will be filed with the Clerk only when the motion has been fully briefed.

BOND, SCHOENECK & KING, PLLC

Jessica C. Satriano

cc:   Jonathan Lovett, Esq. (by fax)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/28/08

1399 Franklin Avenue, Suite 200, Garden City, NY 11530-1679 ■ Phone: 516-267-6300 ■ Fax: 516-267-6301 ■ www.bsk.com

61397 1 8/22/2008